In the Matter of MINNIE EISENBERG, Appellant, against JOSEPH D. MCGOLD-RICK [CHARLES ABRAMS], as State Rent Administrator, Respondent.—

884

Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ., concur.